UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDY CALZADO, and all others similarly
situated under 29 U.S.C. §216(b)

    Plaintiff,

v.

ONTRAK VEHICLE TRANSPORTERS,
INC., and FELIX OSVALDO ALVAREZ,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Ontrak Vehicle Transporters, Inc. ("Ontrak") and Felix Osvaldo Alvarez ("Alvarez"), collectively, the "Defendants," give notice of this action to the United States District Court for the Southern District of Florida, and in support of their notice state:

**1. State Court Action**

Plaintiff Rudy Calzado ("Plaintiff") initiated an action that is pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, captioned *Rudy Calzado v. Ontrak Vehicle Transporters, Inc. and Felix Osvaldo Alvarez*, and designated Case No. 2020-000558-CA-01.

**2. Defendant's Receipt of Complaint**

A copy of Plaintiff's Complaint ("Complaint") in this action was served upon and received by Defendants on February 27, 2020. Defendants did not have prior notice of the action.

3.      **Nature of Action**

The Complaint purports to assert claims against Defendants for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. All of Plaintiff's claims arise out of the same nucleus of operative fact: Plaintiff's purported employment with Defendants.

4.      **Removal of State Court Actions**

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." Further, this action is removable under 28 U.S.C. § 1331 (federal question jurisdiction) (*see* ¶ 5 below). Venue is proper in the Miami Division of the Southern District of Florida and this notice is timely filed. (*See* ¶¶ 6, 7 below).

5.      **Federal Question Jurisdiction**

Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." This is a civil action in which Plaintiff's claims for relief arise from and relate to his purported employment with Defendants and Defendants alleged failure to pay Plaintiff overtime for all hours in excess of 40 (Count I) and for alleged failure to pay Plaintiff the federal minimum wage (Count II) in violation of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. Therefore, for purposes of 28 U.S.C. § 1331, this Court has original federal question jurisdiction over this action.

6.      **Venue**

As alleged in the Complaint, the conduct at issue relates to Plaintiff's purported employment with Defendants in Miami-Dade County, Florida. Accordingly, the Southern District of Florida is the judicial district embracing the place where the state court case was

brought and is pending and is, thus, the proper district court to which this case should be removed. *See* 28 U.S.C. §§ 89(b), 1441(a) & 1446(a). Moreover, the Miami Division is the proper division within the Southern District of Florida to which the case should be removed, since Plaintiff alleges that he was employed by Defendants in Miami-Dade County, Florida, and he brought his lawsuit in Miami-Dade County, Florida. *See* 28 U.S.C. §§ 1441(a),(e) & 1446(a).

7. **Timeliness of Notice of Removal**

Pursuant to 28 U.S.C. § 1446(b), this removal is timely because 30 days have not elapsed since Defendants received Plaintiff's Complaint.

8. **State Court Pleadings**

Pursuant to 28 U.S.C. § 1446(a), with this notice, attached at Exhibit A is a copy of all process, pleadings, and orders existing on file in the State court as of March 18, 2020, in this removed action.

## MEMORANDUM OF LAW

Based on the face of the Complaint and because of the arguments presented below, this action must be removed to federal court pursuant to 28 U.S.C. § 1331.

### I. There is a Federal Question Involved

There is a Federal Question involved. This is a civil action in which Plaintiff's claims for relief in his Complaint arise from and relate to his purported employment with Defendants and the alleged failure to pay overtime and the federal minimum wage in violation of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. Therefore, for purposes of 28 U.S.C. § 1331, this Court has original federal question jurisdiction over this action.

Case No.

## CONCLUSION

For the foregoing reasons, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, and this action is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

Respectfully submitted this 18th day of March, 2020.

By:  .s/ Kevin D. Smith
    Kevin D. Smith, Esq.
    Florida Bar No. 0528137
    kevin@kdsmithlaw.com
    Law Offices of Kevin D. Smith, P.A.
    6099 Stirling Road, Suite 101
    Davie, FL  33314
    Tel.:  (954) 797-9626
    Fax.:  (954) 239-3956
    Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

.s/ Kevin D. Smith
Attorney for Defendants

Case No.

## Service List

Lisa Kuhlman (Via CM/ECF)
lkuhlman.jhzidellpa@gmail.com
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel.: (305) 865-6766
Fax: (305) 865-7167
Attorneys for Plaintiff