**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:20-CV-21197-JB

**RUDY CALZADO**, and all others similarly
situated under 29 U.S.C. § 216(b),

Plaintiff,
vs.

**ONTRAK VEHICLE TRANSPORTERS,
INC.,** a corporation, and **FELIX
OSVALDO ALVAREZ** , an individual,

Defendants.
_____

**ORDER APPROVING FLSA SETTLEMENT AND CLOSING CASE**

THIS CAUSE came before the Court following an Order of Referral from Chief United States District Court Judge K. Michael Moore.  ECF No. [5].  Thereafter, the parties consented to proceed before the undersigned and the District Judge referred this matter to the undersigned for all further proceedings, ECF Nos. [15] [16].

This action involves claims brought by Plaintiff against Defendants, for alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq., ("FLSA"), ECF No. [1].  In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."  *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982).  A settlement entered in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.* The district court may approve the settlement to promote the policy of encouraging settlements of litigation. *Id.* at 1354.

1

The settlement entered into by the parties was reviewed by the Court and its terms were entered into the court record. For the reasons stated on the record, the undersigned concludes that the resolution reached, including attorneys' fees and costs, is a fair and reasonable compromise of the Plaintiff's FLSA claims.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Parties' Settlement Agreement is **APPROVED**. It is further

**ORDERED AND ADJUDGED** that the Clerk of Court shall close this case. It is further

**ORDERED AND ADJUDGED** that this matter is hereby dismissed with prejudice and all pending motions are denied as moot, subject to the Court's retention of jurisdiction to enforce the Settlement Agreement, as set forth above in this Order. It is further

**ORDERED AND ADJUDGED** that the Court retains jurisdiction to enforce the terms of the Settlement Agreement until June 1, 2020.

The Clerk of the Court is instructed to **CLOSE** the case.

**DONE AND ORDERED** in Chambers this 4th day of May, 2020.

_____
JACQUELINE BECERRA
United States Magistrate Judge